## Second District.

Carl T. J. Richards, executor of the last will and testament of Martha J. Richards, deceased, appellee, v. Chicago & Illinois Midland Railway Company, appellant.  Gen. No. 9,167.

Opinion filed April 14, 1937.

Provine & Williams and Clark H. Miley, for appellant.  Virgil O. Whipp and Clarence W. Heyl, for appellee; Hudson Ralph Sours, of counsel.

Mr. Presiding Justice Huffman delivered the opinion of the court.

Midwest Investment and Finance Company, appellant, v. Jarvis Chevrolet Company, appellee.  Gen. No. 9,180.

Opinion filed April 14, 1937.

Rehearing denied May 21, 1937.

London Middleton, for appellant.  Shurtleff & Niehaus, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.

P. J. Corlin, appellant, v. Arthur Anderson et al., appellees.  Gen. No. 9,191.

Opinion filed April 14, 1937.

H. H. Whittemore, for appellant.  No appearance for appellees.

Mr. Presiding Justice Huffman delivered the opinion of the court.

George Leonard, appellant, v. George Schroeder, trading as North Shore Neon Sign Company, appellee.  Gen. No. 9,199.

Opinion filed April 14, 1937.

Ray F. Faulkner and Hall & Hulse, for appellant; Minard E. Hulse and John Bedrosian, of counsel.  Gerald C. Snyder, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.